# EXHIBIT 1

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493047015002

| Form **990** | | **Return of Organization Exempt From Income Tax** | | OMB No. 1545-0047 |
|---|---|---|---|---|
| | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | | **2020** |
| Department of the Treasury Internal Revenue Service | | ▶ Do not enter social security numbers on this form as it may be made public.  ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | | **Open to Public Inspection** |

**A For the 2020 calendar year, or tax year beginning 09-01-2020 , and ending 08-31-2021**

| **B** Check if applicable: | **C** Name of organization | **D** Employer identification number |
|---|---|---|
| ☐ Address change | Lake Ridge Parks and Recreation Association Inc | |
| ☐ Name change | | 54-0910640 |
| ☐ Initial return | Doing business as | |
| ☐ Final return/terminated | | |
| ☐ Amended return | Number and street (or P.O. box if mail is not delivered to street address)   Room/suite | **E** Telephone number |
| ☐ Application pending | 12350 Oakwood Drive | (703) 491-2154 |
| | City or town, state or province, country, and ZIP or foreign postal code Lake Ridge, VA 221921928 | **G** Gross receipts $ 7,365,440 |

| **F** Name and address of principal officer: Janet Foote 2803 Mt Airy Ct Lake Ridge, VA 22192 | **H(a)** Is this a group return for subordinates? ☐ Yes ☒ No |
|---|---|
| | **H(b)** Are all subordinates included? ☐ Yes ☐ No  If "No," attach a list. (see instructions) |
| **I** Tax-exempt status: ☐ 501(c)(3) ☒ 501(c) ( 4 ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527 | |
| **J** Website: ▶ www.lakeridgeva.com | **H(c)** Group exemption number ▶ |
| **K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: 1972   **M** State of legal domicile: VA |

**Part I**    **Summary**

| | | | |
|---|---|---|---|
| **1** | Briefly describe the organization's mission or most significant activities: Maintenance of commonly owned property | | |

| | | | | |
|---|---|---|---|---|
| **2** | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | | |
| **3** | Number of voting members of the governing body (Part VI, line 1a) . . . . . . . . | **3** | | 9 |
| **4** | Number of independent voting members of the governing body (Part VI, line 1b) . . . . | **4** | | 9 |
| **5** | Total number of individuals employed in calendar year 2020 (Part V, line 2a) . . . . | **5** | | 64 |
| **6** | Total number of volunteers (estimate if necessary) . . . . . . . . . . . | **6** | | 9 |
| **7a** | Total unrelated business revenue from Part VIII, line 12 . . . . . . . . . . | **7a** | | 0 |
| **b** | Net unrelated business taxable income from Form 990-T, line 39 . . . . . . . . | **7b** | | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** | Contributions and grants (Part VIII, line 1h) . . . . . . . . . . | 6,083,548 | 6,673,225 |
| **9** | Program service revenue (Part VIII, line 2g) . . . . . . . . . . | 152,644 | 131,418 |
| **10** | Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . . | 179,676 | 124,150 |
| **11** | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) . . | 431,878 | 436,647 |
| **12** | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 6,847,746 | 7,365,440 |
| **13** | Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | | 0 |
| **14** | Benefits paid to or for members (Part IX, column (A), line 4) . . . . . | | 0 |
| **15** | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 3,071,286 | 3,067,146 |
| **16a** | Professional fundraising fees (Part IX, column (A), line 11e) . . . . . | | 0 |
| **b** | Total fundraising expenses (Part IX, column (D), line 25) ▶0 | | |
| **17** | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . . | 3,941,040 | 3,106,180 |
| **18** | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 7,012,326 | 6,173,326 |
| **19** | Revenue less expenses. Subtract line 18 from line 12 . . . . . . . | -164,580 | 1,192,114 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** | Total assets (Part X, line 16) . . . . . . . . . . . . . | 10,195,891 | 11,873,713 |
| **21** | Total liabilities (Part X, line 26) . . . . . . . . . . . . | 1,540,469 | 2,026,177 |
| **22** | Net assets or fund balances. Subtract line 21 from line 20 . . . . . | 8,655,422 | 9,847,536 |

**Part II**    **Signature Block**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| **Sign Here** | ****** Signature of officer | 2022-02-11 Date |
|---|---|---|
| | Janet R Foote President Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date 2022-02-16 | Check ☐ if self-employed | PTIN P00335366 |
|---|---|---|---|---|---|
| | Firm's name ▶ GOLDKLANG GROUP CPAS PC | | | Firm's EIN ▶ | |
| | Firm's address ▶ 1801 ROBERT FULTON DR 200 RESTON, VA 20191 | | | Phone no. (703) 391-9003 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.    Cat. No. 11282Y    Form **990** (2020)

| **Part III** | **Statement of Program Service Accomplishments** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III  .    .    .    .    .    .    .    .    .    .    .    .    ☐

**1**    Briefly describe the organization's mission:

Maintenance of commonly owned property

_____

_____

_____

**2**    Did the organization undertake any significant program services during the year which were not listed on
the prior Form 990 or 990-EZ?    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    ☐ Yes   ☑ No
If "Yes," describe these new services on Schedule O.

**3**    Did the organization cease conducting, or make significant changes in how it conducts, any program
services?    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    .    ☐ Yes   ☑ No
If "Yes," describe these changes on Schedule O.

**4**    Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total
expenses, and revenue, if any, for each program service reported.

**4a**    (Code:                ) (Expenses $            2,896,420    including grants of $                    0 ) (Revenue $            7,365,440 )

See Additional Data

_____

**4b**    (Code:                ) (Expenses $                    including grants of $                    ) (Revenue $                    )

_____

_____

_____

_____

_____

_____

_____

_____

**4c**    (Code:                ) (Expenses $                    including grants of $                    ) (Revenue $                    )

_____

_____

_____

_____

_____

_____

_____

_____

**4d**    Other program services (Describe in Schedule O.)
(Expenses $                    including grants of $                    ) (Revenue $                    )

**4e**    **Total program service expenses ▶**            2,896,420

| Part IV | Checklist of Required Schedules | | | |
|---|---|---|---|---|
| | | | **Yes** | **No** |
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* . . . . . . . . . . . . . . . . . . . . . . . | **1** | | No |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? . . . | **2** | | No |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | No |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | **4** | | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* . | **5** | Yes | |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* . | **6** | | No |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* . . . . | **7** | | No |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | No |
| 9 | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* . . . . . . . . . . . . . . . . | **9** | | No |
| 10 | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* | **10** | | No |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* | **11a** | Yes | |
| b | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* . . . . . . . . | **11b** | | No |
| c | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* . . . . . . . | **11c** | | No |
| d | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* . . . . . . . . . . . . | **11d** | | No |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | No |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | Yes | |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | **12a** | Yes | |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | No |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . | **14a** | | No |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* . . . . . . . . . | **14b** | | No |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* . . . . . | **15** | | No |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* . . . . | **16** | | No |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* (see instructions) . . . . . | **17** | | No |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . . . . . . . | **18** | | No |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . . . . . . | **19** | | No |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . . . . | **20a** | | No |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . . | **21** | | No |

**Part IV** **Checklist of Required Schedules** *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . | **22** | | No |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | | No |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . . . . . | **24a** | | No |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . | **25a** | | No |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . . | **25b** | | No |
| 26 | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . | **26** | | No |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L,Part III* . . . . . . . . . . . . . . . . . . . . . . | **27** | | No |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . | **28a** | | No |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . | **28b** | | No |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . | **28c** | | No |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* . . | **29** | | No |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . | **30** | | No |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | | No |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . . | **33** | | No |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | | No |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . | **35a** | | No |
| b | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . | **36** | | |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . | **37** | | No |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . . . . . | **38** | Yes | |

**Part V** **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . □

| | | | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable . . | **1a** | 10 | | |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable . | **1b** | 0 | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | | **1c** | Yes | |

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* |
|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . | **2a** | 64 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file (see instructions) | | **2b** | Yes | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . | | **3a** | | No |
| **b** | If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | | **4a** | | No |
| **b** | If "Yes," enter the name of the foreign country: ▶ See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | **5b** | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . | | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | | **6a** | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . | | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . | | **7a** | | |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . | | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . | | **7c** | | |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | **7e** | | |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | **7f** | | |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . | | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . | | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . | | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . | | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . | **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | | |
| **a** | Gross income from members or shareholders . . . . . . . . . | **11a** | | | |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . | **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. | **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . **Note.** See the instructions for additional information the organization must report on Schedule O. | | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . . | **13b** | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . | **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . | | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O* . . | | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . If "Yes," see instructions and file Form 4720, Schedule N. | | **15** | | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . . If "Yes," complete Form 4720, Schedule O. | | **16** | | No |

| **Part VI** | **Governance, Management, and Disclosure** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . . . . . ☑

### Section A. Governing Body and Management

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 9 | | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | | |
| b | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 9 | | | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . | | | **2** | Yes | |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | | | **3** | | No |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | | | **4** | | No |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? . | | | **5** | | No |
| 6 | Did the organization have members or stockholders? . . . . . . . . . . . . | | | **6** | Yes | |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . | | | **7a** | Yes | |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . | | | **7b** | Yes | |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | | |
| a | The governing body? . . . . . . . . . . . . . . . . . . . . | | | **8a** | Yes | |
| b | Each committee with authority to act on behalf of the governing body? . . . . . . . . | | | **8b** | Yes | |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? If "Yes," provide the names and addresses in Schedule O . . . . . . . | | | **9** | | No |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . | **10a** | | No |
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | Yes | |
| b | Describe in Schedule O the process, if any, used by the organization to review this Form 990. . . . . . | | | |
| 12a | Did the organization have a written conflict of interest policy? If "No," go to line 13 . . . . . . . | **12a** | Yes | |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . . | **12b** | | No |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? If "Yes," describe in Schedule O how this was done . . . . . . . . . . . . . . . . . . | **12c** | | No |
| 13 | Did the organization have a written whistleblower policy? . . . . . . . . . . . . | **13** | Yes | |
| 14 | Did the organization have a written document retention and destruction policy? . . . . . . . . | **14** | Yes | |
| 15 | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a | The organization's CEO, Executive Director, or top management official . . . . . . . . . | **15a** | Yes | |
| b | Other officers or key employees of the organization . . . . . . . . . . . . . | **15b** | Yes | |
| | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . . | **16a** | | No |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . | **16b** | | |

### Section C. Disclosure

| | |
|---|---|
| 17 | List the states with which a copy of this Form 990 is required to be filed▶ _____ |
| 18 | Section 6104 requires an organization to make its Form 1023 (or 1024-A if applicable), 990, and 990-T (501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply. |
| | ☐ Own website ☐ Another's website ☑ Upon request ☐ Other (explain in Schedule O) |
| 19 | Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year. |
| 20 | State the name, address, and telephone number of the person who possesses the organization's books and records: ▶The Association   12350 Oakwood Drive   Lake Ridge, VA 221921928 (703) 491-2154 |

| Part VII | **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors** |

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . ☐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

- ● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

- ● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

- ● List all of the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

- ● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

- ● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Janet Foote<br>President | 0.00 | | | x | | | | 0 | 0 | 0 |
| (2) Michael Butler<br>Vice President | 0.00 | | | x | | | | 0 | 0 | 0 |
| (3) Ronald Yoho<br>Treasurer | 0.00 | | | x | | | | 0 | 0 | 0 |
| (4) Tina Herndon<br>Secretary | 0.00 | | | x | | | | 0 | 0 | 0 |
| (5) Jason Devers<br>Member | 0.00 | x | | | | | | 0 | 0 | 0 |
| (6) Christopher Berry<br>Member | 0.00 | x | | | | | | 0 | 0 | 0 |
| (7) Jean Marceau Lohier<br>Member | 0.00 | x | | | | | | 0 | 0 | 0 |
| (8) William Milne<br>Member | 0.00 | x | | | | | | 0 | 0 | 0 |
| (9) Ike Mutlu<br>General Manager | 40.00 | | | | | x | | 142,666 | 0 | 0 |
| (10) Mark Brooks<br>Facilities Director | 40.00 | | | | | x | | 130,421 | 0 | 0 |
| (11) Michael Stephens<br>Member | 0.00 | x | | | | | | 0 | 0 | 0 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . . ▶ | | | | | | | | 273,087 | 0 | 0 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 2

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . **4** | | No |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| Charlie & Sons Trash<br><br>3665 Elm Farm Rd<br>Woodbridge, VA  22192 | Trash Removal | 774,654 |
| Mercer Trigiani<br><br>112 S Alfred St<br>Alexandria, VA  22314 | Legal | 166,517 |
| Brothers Paving<br><br>9469 Hawkins Dr<br>Manassas, VA  20109 | Paving | 209,707 |
| Dominion Paving & Sealing<br><br>290 N Brewster Ln<br>Purcellville, VA  20132 | Paving | 239,702 |
| Premier Aquatics<br><br>6184 Old Franconia Road<br>Alexandria, VA  22310 | Pool Management | 368,960 |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 5

Form 990 (2020)

Page **9**

| | | | **Part VIII** | **Statement of Revenue** | | | | |

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . ☐

| | | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|---|

**Contributions, Gifts, Grants and Other Similar Amounts**

| | | | | | |
|---|---|---|---|---|---|
| 1a | Federated campaigns . . | 1a | | | |
| b | Membership dues . . | 1b | 6,573,225 | | |
| c | Fundraising events . . | 1c | | | |
| d | Related organizations . | 1d | | | |
| e | Government grants (contributions) | 1e | 100,000 | | |
| f | All other contributions, gifts, grants, and similar amounts not included above | 1f | | | |
| g | Noncash contributions included in lines 1a - 1f:$ | 1g | | | |
| h | **Total.** Add lines 1a–1f . . . ▶ | | | 6,673,225 | |

**Program Service Revenue**

| | | Business Code | | | | |
|---|---|---|---|---|---|---|
| 2a | Recreational/Aquatics Programs | 713940 | 131,418 | | 0 | 0 |
| b | | | | | | |
| c | | | | | | |
| d | | | | | | |
| e | | | | | | |
| f | All other program service revenue . | | | | | |
| g | **Total.** Add lines 2a–2f . . ▶ | | 131,418 | | | |

**Other Revenue**

| | | | | **(A)** | **(B)** | **(C)** | **(D)** |
|---|---|---|---|---|---|---|---|
| 3 | Investment income (including dividends, interest, and other similar amounts) . . . . . ▶ | | | 124,150 | | 0 | 124,150 |
| 4 | Income from investment of tax-exempt bond proceeds . ▶ | | | | | | |
| 5 | Royalties . . . . . . . ▶ | | | | | | |

| | | | (i) Real | (ii) Personal | | | | |
|---|---|---|---|---|---|---|---|---|
| 6a | Gross rents | 6a | 86,244 | | | | | |
| b | Less: rental expenses | 6b | | | | | | |
| c | Rental income or (loss) | 6c | 86,244 | | | | | |
| d | Net rental income or (loss) . . . . . . . ▶ | | | | 86,244 | 86,244 | | |

| | | | (i) Securities | (ii) Other | | | | |
|---|---|---|---|---|---|---|---|---|
| 7a | Gross amount from sales of assets other than inventory | 7a | | | | | | |
| b | Less: cost or other basis and sales expenses | 7b | | | | | | |
| c | Gain or (loss) | 7c | | | | | | |
| d | Net gain or (loss) . . . . . . . . ▶ | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8a | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . . | 8a | | | | | | |
| b | Less: direct expenses . . . | 8b | | | | | | |
| c | Net income or (loss) from fundraising events . ▶ | | | | | | | |
| 9a | Gross income from gaming activities. See Part IV, line 19 . . . | 9a | | | | | | |
| b | Less: direct expenses . . . | 9b | | | | | | |
| c | Net income or (loss) from gaming activities . . ▶ | | | | | | | |
| 10a | Gross sales of inventory, less returns and allowances . . | 10a | | | | | | |
| b | Less: cost of goods sold . . | 10b | | | | | | |
| c | Net income or (loss) from sales of inventory . . ▶ | | | | | | | |

| | Miscellaneous Revenue | Business Code | | | | |
|---|---|---|---|---|---|---|
| 11a | Disclosure Packets | 531390 | 189,094 | 189,094 | 0 | 0 |
| b | | | | | | |
| c | | | | | | |
| d | All other revenue . . . . . | | 161,309 | 161,309 | 0 | 0 |
| e | **Total.** Add lines 11a–11d . . . . . ▶ | | 350,403 | | | |
| 12 | **Total revenue.** See instructions . . . . ▶ | | 7,365,440 | 568,065 | 0 | 124,150 |

Form 990 (2020)

| Part IX | **Statement of Functional Expenses** | | | |
|---|---|---|---|---|

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . . ☐

| **Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.** | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . | | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . | | | | |
| **4** Benefits paid to or for members . . . . | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . | 273,087 | 0 | 273,087 | 0 |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . | | | | |
| **7** Other salaries and wages . . . . . . . | 2,172,001 | 0 | 2,172,001 | 0 |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . | 74,415 | 0 | 74,415 | 0 |
| **9** Other employee benefits . . . . . . | 369,882 | 0 | 369,882 | 0 |
| **10** Payroll taxes . . . . . . . . | 177,761 | 0 | 177,761 | 0 |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . | | | | |
| **b** Legal . . . . . . . . . . | 176,295 | 0 | 176,295 | 0 |
| **c** Accounting . . . . . . . . | 18,750 | 0 | 18,750 | 0 |
| **d** Lobbying . . . . . . . . . | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees . . . . . | | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | | | | |
| **12** Advertising and promotion . . . . | 14,715 | 0 | 14,715 | 0 |
| **13** Office expenses . . . . . . . | | | | |
| **14** Information technology . . . . . . | | | | |
| **15** Royalties . . . . . . . . | | | | |
| **16** Occupancy . . . . . . . . | | | | |
| **17** Travel . . . . . . . . . | | | . | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . | | | | |
| **19** Conferences, conventions, and meetings . . . . | | | | |
| **20** Interest . . . . . . . . | | | | |
| **21** Payments to affiliates . . . . . | | | | |
| **22** Depreciation, depletion, and amortization . . | 32,694 | 32,694 | 0 | 0 |
| **23** Insurance . . . . | 230,175 | 230,175 | 0 | 0 |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** Pools | 356,890 | 356,890 | 0 | 0 |
| **b** Grounds & Snow Removal | 285,919 | 285,919 | 0 | 0 |
| **c** Utilities | 103,222 | 103,222 | 0 | 0 |
| **d** Consulting Fees | 64,660 | 64,660 | 0 | 0 |
| **e** All other expenses | 1,822,860 | 1,822,860 | 0 | 0 |
| **25** **Total functional expenses.** Add lines 1 through 24e | 6,173,326 | 2,896,420 | 3,276,906 | 0 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). | | | | |

Form 990 (2020)                  Page **11**

| Part X | **Balance Sheet** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . ☐

| | | | **(A)** Beginning of year | | **(B)** End of year |
|---|---|---|---|---|---|
| **Assets** | **1** | Cash–non-interest-bearing . . . . . . . . | 730,957 | **1** | 514,123 |
| | **2** | Savings and temporary cash investments . . . . . . . . | 9,120,190 | **2** | 10,977,755 |
| | **3** | Pledges and grants receivable, net . . . . . . . | | **3** | |
| | **4** | Accounts receivable, net . . . . . . . . | 140,803 | **4** | 107,511 |
| | **5** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . | | **5** | |
| | **6** | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . | | **6** | |
| | **7** | Notes and loans receivable, net . . . . . . . . | | **7** | |
| | **8** | Inventories for sale or use . . . . . . . . | | **8** | |
| | **9** | Prepaid expenses and deferred charges . . . . . . | 119,659 | **9** | 222,737 |
| | **10a** | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D **10a** | 1,045,638 | | |
| | **b** | Less: accumulated depreciation **10b** | 995,771 | 82,562 **10c** | 49,867 |
| | **11** | Investments—publicly traded securities . | | **11** | |
| | **12** | Investments—other securities. See Part IV, line 11 . . . . . | | **12** | |
| | **13** | Investments—program-related. See Part IV, line 11 . . . | | **13** | |
| | **14** | Intangible assets . . . . . . . . | | **14** | |
| | **15** | Other assets. See Part IV, line 11 . . . . . . | 1,720 | **15** | 1,720 |
| | **16** | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | 10,195,891 | **16** | 11,873,713 |
| **Liabilities** | **17** | Accounts payable and accrued expenses . . . . . . | 695,971 | **17** | 1,055,272 |
| | **18** | Grants payable . . . | | **18** | |
| | **19** | Deferred revenue . . . . | 844,498 | **19** | 970,905 |
| | **20** | Tax-exempt bond liabilities . . . . . . . | | **20** | |
| | **21** | Escrow or custodial account liability. Complete Part IV of Schedule D | | **21** | |
| | **22** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . | | **22** | |
| | **23** | Secured mortgages and notes payable to unrelated third parties . . | | **23** | |
| | **24** | Unsecured notes and loans payable to unrelated third parties . . | | **24** | |
| | **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D | | **25** | 0 |
| | **26** | **Total liabilities.** Add lines 17 through 25 . . | 1,540,469 | **26** | 2,026,177 |
| **Net Assets or Fund Balances** | | **Organizations that follow FASB ASC 958, check here ▶** ☑ **and complete lines 27, 28, 32, and 33.** | | | |
| | **27** | Net assets without donor restrictions . . . . . | 687,800 | **27** | 952,316 |
| | **28** | Net assets with donor restrictions . . . . . . | 7,967,622 | **28** | 8,895,220 |
| | | **Organizations that do not follow FASB ASC 958, check here ▶** ☐ **and complete lines 29 through 33.** | | | |
| | **29** | Capital stock or trust principal, or current funds . . . . | | **29** | |
| | **30** | Paid-in or capital surplus, or land, building or equipment fund . . | | **30** | |
| | **31** | Retained earnings, endowment, accumulated income, or other funds | | **31** | |
| | **32** | Total net assets or fund balances . . . . . | 8,655,422 | **32** | 9,847,536 |
| | **33** | Total liabilities and net assets/fund balances . . . . . | 10,195,891 | **33** | 11,873,713 |

Form **990** (2020)

Form 990 (2020)                                                                 Page **12**

| Part XI | **Reconcilliation of Net Assets** | | | |
|---|---|---|---|---|
| | Check if Schedule O contains a response or note to any line in this Part XI | | | ☑ |
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . | 1 | 7,365,440 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . | 2 | 6,173,326 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . | 3 | 1,192,114 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . | 4 | 8,655,422 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . | 5 | |
| 6 | Donated services and use of facilities . . . . . . . . . . | 6 | |
| 7 | Investment expenses . . . . . . . . . . . . . | 7 | |
| 8 | Prior period adjustments . . . . . . . . . . . . | 8 | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . | 9 | |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | 10 | 9,847,536 |

| Part XII | **Financial Statements and Reporting** | | | |
|---|---|---|---|---|
| | Check if Schedule O contains a response or note to any line in this Part XII | | | ☐ |

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990: ☐ Cash ☑ Accrual ☐ Other | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | 2a | | No |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? | 2b | Yes | |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | | |
| | ☑ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| c | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | 2c | Yes | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | 3a | | No |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | 3b | | |

Form **990** (2020)

# Additional Data

**Software ID:** 20011577

**Software Version:**

**EIN:** 54-0910640

**Name:** Lake Ridge Parks and Recreation Association Inc

Form 990 (2020)

**Form 990, Part III, Line 4a:**

The Association was organized to collectively maintain and preserve the commonly owned property and amenities for the pleasure and benefit of the general public.

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | | DLN: 93493047015002 |
|---|---|---|---|

**SCHEDULE C**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Political Campaign and Lobbying Activities

**For Organizations Exempt From Income Tax Under section 501(c) and section 527**

►Complete if the organization is described below. ►Attach to Form 990 or Form 990-EZ.
►Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2020**

**Open to Public Inspection**

**If the organization answered "Yes" on Form 990, Part IV, Line 3, or Form 990-EZ, Part V, line 46 (Political Campaign Activities), then**
- Section 501(c)(3) organizations: Complete Parts I-A and B. Do not complete Part I-C.
- Section 501(c) (other than section 501(c)(3)) organizations: Complete Parts I-A and C below. Do not complete Part I-B.
- Section 527 organizations: Complete Part I-A only.

**If the organization answered "Yes" on Form 990, Part IV, Line 4, or Form 990-EZ, Part VI, line 47 (Lobbying Activities), then**
- Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h)): Complete Part II-A. Do not complete Part II-B.
- Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h)): Complete Part II-B. Do not complete Part II-A.

**If the organization answered "Yes" on Form 990, Part IV, Line 5 (Proxy Tax) (see separate instructions) or Form 990-EZ, Part V, line 35c (Proxy Tax) (see separate instructions), then**
- Section 501(c)(4), (5), or (6) organizations: Complete Part III.

| Name of the organization | Employer identification number |
|---|---|
| Lake Ridge Parks and Recreation Association Inc | 54-0910640 |

| **Part I-A** | **Complete if the organization is exempt under section 501(c) or is a section 527 organization.** |
|---|---|

| 1 | Provide a description of the organization's direct and indirect political campaign activities in Part IV (see instructions for definition of "political campaign activities") | | |
|---|---|---|---|
| 2 | Political campaign activity expenditures (see instructions) .................................................................. ► | $ | |
| 3 | Volunteer hours for political campaign activities (see instructions) .............................................................. | | |

| **Part I-B** | **Complete if the organization is exempt under section 501(c)(3).** |
|---|---|

| 1 | Enter the amount of any excise tax incurred by the organization under section 4955 ................................ ► | $ | |
|---|---|---|---|
| 2 | Enter the amount of any excise tax incurred by organization managers under section 4955 ....................... ► | $ | |
| 3 | If the organization incurred a section 4955 tax, did it file Form 4720 for this year? ......................................... | ☐ Yes ☐ No |
| 4a | Was a correction made? ...................................................................................................................... | ☐ Yes ☐ No |
| b | If "Yes," describe in Part IV. | |

| **Part I-C** | **Complete if the organization is exempt under section 501(c), except section 501(c)(3).** |
|---|---|

| 1 | Enter the amount directly expended by the filing organization for section 527 exempt function activities ..... ► | $ | |
|---|---|---|---|
| 2 | Enter the amount of the filing organization's funds contributed to other organizations for section 527 exempt function activities ...................................................................................................................... ► | $ | |
| 3 | Total exempt function expenditures. Add lines 1 and 2. Enter here and on Form 1120-POL, line 17b........... ► | $ | |
| 4 | Did the filing organization file **Form 1120-POL** for this year? ...................................................................... | ☐ Yes ☐ No |

5  Enter the names, addresses and employer identification number (EIN) of all section 527 political organizations to which the filing organization made payments. For each organization listed, enter the amount paid from the filing organization's funds. Also enter the amount of political contributions received that were promptly and directly delivered to a separate political organization, such as a separate segregated fund or a political action committee (PAC). If additional space is needed, provide information in Part IV.

| (a) Name | (b) Address | (c) EIN | (d) Amount paid from filing organization's funds. If none, enter -0-. | (e) Amount of political contributions received and promptly and directly delivered to a separate political organization. If none, enter -0-. |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |

For Paperwork Reduction Act Notice, see the instructions for Form 990 or 990-EZ.     Cat. No. 50084S     Schedule C (Form 990 or 990-EZ) 2020

Schedule C (Form 990 or 990-EZ) 2020          **Page 2**

| **Part II-A** | **Complete if the organization is exempt under section 501(c)(3) and filed Form 5768 (election under section 501(h)).** |

**A**   Check   ▶ ☐   if the filing organization belongs to an affiliated group (and list in Part IV each affiliated group member's name, address, EIN, expenses, and share of excess lobbying expenditures).

**B**   Check   ▶ ☐   if the filing organization checked box A and "limited control" provisions apply.

| **Limits on Lobbying Expenditures**<br>(The term "expenditures" means amounts paid or incurred.) | **(a)** Filing organization's totals | **(b)** Affiliated group totals |
|---|---|---|
| **1a** Total lobbying expenditures to influence public opinion (grass roots lobbying) ...................... | | |
| **b** Total lobbying expenditures to influence a legislative body (direct lobbying) ........................ | | |
| **c** Total lobbying expenditures (add lines 1a and 1b) ................................................ | | |
| **d** Other exempt purpose expenditures .................................................................. | | |
| **e** Total exempt purpose expenditures (add lines 1c and 1d) ........................................ | | |
| **f** Lobbying nontaxable amount. Enter the amount from the following table in both columns. | | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: |
|---|---|
| Not over $500,000 | 20% of the amount on line 1e. |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000. |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000. |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000. |
| Over $17,000,000 | $1,000,000. |

| | | |
|---|---|---|
| **g** Grassroots nontaxable amount (enter 25% of line 1f) ................................................. | | |
| **h** Subtract line 1g from line 1a. If zero or less, enter -0-. ............................................. | | |
| **i** Subtract line 1f from line 1c. If zero or less, enter -0-. ............................................. | | |

**j** If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year? .........................................................................................    ☐ **Yes**   ☐ **No**

**4-Year Averaging Period Under Section 501(h)**
**(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the separate instructions for lines 2a through 2f.)**

**Lobbying Expenditures During 4-Year Averaging Period**

| Calendar year (or fiscal year beginning in) | **(a)** 2017 | **(b)** 2018 | **(c)** 2019 | **(d)** 2020 | **(e)** Total |
|---|---|---|---|---|---|
| **2a** Lobbying nontaxable amount | | | | | |
| **b** Lobbying ceiling amount (150% of line 2a, column(e)) | | | | | |
| **c** Total lobbying expenditures | | | | | |
| **d** Grassroots nontaxable amount | | | | | |
| **e** Grassroots ceiling amount (150% of line 2d, column (e)) | | | | | |
| **f** Grassroots lobbying expenditures | | | | | |

**Schedule C (Form 990 or 990-EZ) 2020**

Schedule C (Form 990 or 990-EZ) 2020

Page **3**

## Part II-B  Complete if the organization is exempt under section 501(c)(3) and has NOT filed Form 5768 (election under section 501(h)).

*For each "Yes" response on lines 1a through 1i below, provide in Part IV a detailed description of the lobbying activity.*

| | | (a) | | (b) |
|---|---|---|---|---|
| | | Yes | No | Amount |
| **1** | During the year, did the filing organization attempt to influence foreign, national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | | | |
| **a** | Volunteers? | | | |
| **b** | Paid staff or management (include compensation in expenses reported on lines 1c through 1i)? | | | |
| **c** | Media advertisements? | | | |
| **d** | Mailings to members, legislators, or the public? | | | |
| **e** | Publications, or published or broadcast statements? | | | |
| **f** | Grants to other organizations for lobbying purposes? | | | |
| **g** | Direct contact with legislators, their staffs, government officials, or a legislative body? | | | |
| **h** | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any similar means? | | | |
| **i** | Other activities? | | | |
| **j** | Total. Add lines 1c through 1i | | | |
| **2a** | Did the activities in line 1 cause the organization to be not described in section 501(c)(3)? | | | |
| **b** | If "Yes," enter the amount of any tax incurred under section 4912 | | | |
| **c** | If "Yes," enter the amount of any tax incurred by organization managers under section 4912 | | | |
| **d** | If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? | | | |

## Part III-A  Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6).

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Were substantially all (90% or more) dues received nondeductible by members? | **1** | | |
| **2** | Did the organization make only in-house lobbying expenditures of $2,000 or less? | **2** | | |
| **3** | Did the organization agree to carry over lobbying and political expenditures from the prior year? | **3** | | |

## Part III-B  Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6) and if either (a) BOTH Part III-A, lines 1 and 2, are answered "No" OR (b) Part III-A, line 3, is answered "Yes."

| | | | |
|---|---|---|---|
| **1** | Dues, assessments and similar amounts from members | **1** | |
| **2** | Section 162(e) nondeductible lobbying and political expenditures (do not include amounts of political expenses for which the section 527(f) tax was paid). | | |
| **a** | Current year | **2a** | |
| **b** | Carryover from last year | **2b** | |
| **c** | Total | **2c** | |
| **3** | Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues . | **3** | |
| **4** | If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditure next year? | **4** | |
| **5** | Taxable amount of lobbying and political expenditures (see instructions) | **5** | |

## Part IV  Supplemental Information

Provide the descriptions required for Part I-A, line 1; Part I-B, line 4; Part I-C, line 5; Part II-A (affiliated group list); Part II-A, lines 1 and 2 (see instructions), and Part II-B, line 1. Also, complete this part for any additional information.

| Return Reference | Explanation |
|---|---|
| | |

Schedule C (Form 990 or 990EZ) 2020

| SCHEDULE D<br>(Form 990) | **Supplemental Financial Statements** | OMB No. 1545-0047 |
|---|---|---|
| | ▶ Complete if the organization answered "Yes," on Form 990,<br>Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.<br>▶ Attach to Form 990.<br>▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | **2020** |
| Department of the Treasury<br>Internal Revenue Service | | Open to Public<br>Inspection |

| Name of the organization<br>Lake Ridge Parks and Recreation Association Inc | Employer identification number<br>54-0910640 |
|---|---|

## Part I — Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year . . . . . . . . | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year . . . . . | | |

5   Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . .   ☐ **Yes** ☐ **No**

6   Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes** ☐ **No**

## Part II — Conservation Easements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1   Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (e.g., recreation or education)     ☐ Preservation of an historically important land area

☐ Protection of natural habitat     ☐ Preservation of a certified historic structure

☐ Preservation of open space

2   Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | Held at the End of the Year |
|---|---|---|
| a | Total number of conservation easements . . . . . . . . . . . . . . . **2a** | |
| b | Total acreage restricted by conservation easements . . . . . . . . . . . . . **2b** | |
| c | Number of conservation easements on a certified historic structure included in (a) . . . . . **2c** | |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register . . . **2d** | |

3   Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶ _____

4   Number of states where property subject to conservation easement is located ▶ _____

5   Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . . . . . .   ☐ **Yes** ☐ **No**

6   Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ _____

7   Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ _____

8   Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . .   ☐ **Yes** ☐ **No**

9   In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

## Part III — Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a   If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

b   If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . ▶ $ _____

(ii) Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . ▶ $ _____

2   If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

a   Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . ▶ $ _____

b   Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**     Cat. No. 52283D     **Schedule D (Form 990) 2020**

| Part III | Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)* |
|---|---|

**3** Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

**a** ☐ Public exhibition

**b** ☐ Scholarly research

**c** ☐ Preservation for future generations

**d** ☐ Loan or exchange programs

**e** ☐ Other ..................................................

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . .    ☐ **Yes**   ☐ **No**

| Part IV | Escrow and Custodial Arrangements. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . . . . . . . . . . .    ☐ **Yes**   ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| **c** Beginning balance . . . . . . . . . | **1c** | |
| **d** Additions during the year . . . . . . . . | **1d** | |
| **e** Distributions during the year . . . . . . . | **1e** | |
| **f** Ending balance . . . . . . . . . | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . .    ☐ **Yes**   ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII . . . . ☐

| Part V | Endowment Funds. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . | | | | | |
| **b** Contributions . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . | | | | | |
| **f** Administrative expenses . . . . | | | | | |
| **g** End of year balance . . . . . | | | | | |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ ............................

**b** Permanent endowment ▶ ............................

**c** Term endowment ▶ ............................

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| (i) Unrelated organizations . . . . . . . . . . . . . | **3a(i)** | | |
| (ii) Related organizations . . . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

| Part VI | Land, Buildings, and Equipment. |
|---|---|

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land . . . . . . | 0 | | | 0 |
| **b** Buildings . . . . . | | | | |
| **c** Leasehold improvements | | | | |
| **d** Equipment . . . . . | | 1,045,638 | 995,771 | 49,867 |
| **e** Other . . . . . . | | | | |

**Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . ▶ | | | | 49,867 |

Schedule D (Form 990) 2020

**Part VII** **Investments—Other Securities.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives . . . . . . . . . . | | |
| (2) Closely-held equity interests . . . . . . . . . . | | |
| (3) Other _____ | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (I) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | |

**Part VIII** **Investments—Program Related.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 13.) ▶ | | |

**Part IX** **Other Assets.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| (10) | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 15.) . . . . . . . . . . ▶ | |

**Part X** **Other Liabilities.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| (2) Federal income taxes | 0 |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 25.) ▶ | 0 |

**2.** Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☑

Schedule D (Form 990) 2020

Schedule D (Form 990) 2020                                                                    Page 4

**Part XI   Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | |
|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements . . . . . . | **1** | 7,365,440 |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | |
| a | Net unrealized gains (losses) on investments . . . . | **2a** | |
| b | Donated services and use of facilities . . . . | **2b** | |
| c | Recoveries of prior year grants . . . . | **2c** | |
| d | Other (Describe in Part XIII.) . . . . | **2d** | |
| e | Add lines 2a through 2d . . . . . . . . . . | **2e** | |
| 3 | Subtract line 2e from line 1 . . . . . . . . . | **3** | 7,365,440 |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | |
| b | Other (Describe in Part XIII.) . . . . | **4b** | |
| c | Add lines 4a and 4b . . . . . . . . . . | **4c** | |
| 5 | Total revenue. Add lines 3 and 4c. (This must equal Form 990, Part I, line 12.) . . . | **5** | 7,365,440 |

**Part XII   Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.**
Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | |
|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements . . . . | **1** | 6,173,326 |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | |
| a | Donated services and use of facilities . . . . | **2a** | |
| b | Prior year adjustments . . . . | **2b** | |
| c | Other losses . . . . | **2c** | |
| d | Other (Describe in Part XIII.) . . . . | **2d** | |
| e | Add lines 2a through 2d . . . . . . . . . . | **2e** | |
| 3 | Subtract line 2e from line 1 . . . . . . . . . | **3** | 6,173,326 |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | |
| b | Other (Describe in Part XIII.) . . . . | **4b** | |
| c | Add lines 4a and 4b . . . . . . . . . . | **4c** | |
| 5 | Total expenses. Add lines 3 and 4c. (This must equal Form 990, Part I, line 18.) . . . | **5** | 6,173,326 |

**Part XIII   Supplemental Information**

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

| Return Reference | Explanation |
|---|---|
| See Additional Data Table | |
| | |
| | |
| | |
| | |
| | |

Schedule D (Form 990) 2020

Schedule D (Form 990) 2020

**Part XIII**  **Supplemental Information** *(continued)*

| Return Reference | Explanation |
|---|---|
| | |

Schedule D (Form 990) 2020

Page **5**

# Additional Data

**Software ID:** 20011577

**Software Version:**

**EIN:** 54-0910640

**Name:** Lake Ridge Parks and Recreation Association Inc

## Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt X, Line 2 | The Association's policy is to recognize any tax penalties and interest as an expense when incurred. The Association's federal and state tax returns for the past three years remain subject to examination by the Internal Revenue Service and the Commonwealth of Virginia. |

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493047015002

**SCHEDULE O**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

## Supplemental Information to Form 990 or 990-EZ

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

**2020**

**Open to Public Inspection**

Name of the organization
Lake Ridge Parks and Recreation Association Inc

Employer identification number

54-0910640

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 6 | The Association has approximately 8,000 residential & commercial unit owners. |

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
| --- | --- |
| Pt VI, Line 7a | The members elect the Board of Directors. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
| --- | --- |
| Pt VI, Line 7b | Some decisions are subject to member approval. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 11b | The Board of Directors & General Manager review the Form 990. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
| --- | --- |
| Pt VI, Line 2 | Mr. Ronald Yoho and Mr. William Milne are non-paid members of the Board of Directors of a non-profit, Non-Stock Corporation not associated with the LRPRA and which has no business relationship with the LRPRA. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 15b | The Association's officers and directors are not compensated. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 15a | The Board of Directors & General Manager review compensation decisions. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 19 | These documents are available to members & potential members upon request. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Pt XI | Capitalization of Reserve Expenditure |

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Telephone 30166. 30166. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Postage and Printing 30872. 30872. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Other Administrative 56027. 56027. 0. 0. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Trash Removal 30685. 30685. 0. 0. |

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
| --- | --- |
| Form 990, Part IX, Line 24e | Cleaning and Supplies 16499. 16499. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Security System 44070. 44070. 0. 0. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Recreational Programs 37983. 37983. 0. 0. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Repairs and Maintenance 14808. 14808. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Vehicles and Equipment 15393. 15393. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
| --- | --- |
| Form 990, Part IX, Line 24e | Taxes and Related 18168. 18168. 0. 0. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Subdivisions Reserve Expenditures 1165925. 1165925. 0. 0. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Association and Capital Reserve Expenditures 362264. 362264. 0. 0. |

| Form **990** | | **Return of Organization Exempt From Income Tax** | | OMB No. 1545-0047 |
|---|---|---|---|---|
| | | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | | **2021** |
| | | ▶ Do not enter social security numbers on this form as it may be made public. | | |
| | | ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | | **Open to Public Inspection** |
| Department of the Treasury Internal Revenue Service | | | | |

**A** For the 2021 calendar year, or tax year beginning 09-01-2021 , and ending 08-31-2022

| **B** Check if applicable: | **C** Name of organization Lake Ridge Parks and Recreation Association Inc | **D** Employer identification number |
|---|---|---|
| ☐ Address change | | 54-0910640 |
| ☐ Name change | Doing business as | |
| ☐ Initial return | | |
| ☐ Final return/terminated | Number and street (or P.O. box if mail is not delivered to street address) Room/suite 12350 Oakwood Drive | **E** Telephone number (703) 491-2154 |
| ☐ Amended return | | |
| ☐ Application pending | City or town, state or province, country, and ZIP or foreign postal code Lake Ridge, VA 221921928 | **G** Gross receipts $ 8,267,840 |

| **F** Name and address of principal officer: Ronald Yoho 3248 Cismont Court Lake Ridge, VA 22192 | **H(a)** Is this a group return for subordinates? ☐Yes ☒No |
|---|---|
| | **H(b)** Are all subordinates included? ☐ Yes ☐ No |
| **I** Tax-exempt status: ☐ 501(c)(3) ☒ 501(c) ( 4 ) ◄ (insert no.) ☐ 4947(a)(1) or ☐ 527 | If "No," attach a list. See instructions. |
| **J** Website: ▶ www.lakeridgeva.com | **H(c)** Group exemption number ▶ |
| **K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶ | **L** Year of formation: 1972 **M** State of legal domicile: VA |

### Part I Summary

| | | |
|---|---|---|
| **1** Briefly describe the organization's mission or most significant activities: Maintenance of commonly owned property | | |
| **2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| **3** Number of voting members of the governing body (Part VI, line 1a) . . . . | **3** | 9 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) . . . . | **4** | 9 |
| **5** Total number of individuals employed in calendar year 2021 (Part V, line 2a) . . | **5** | 63 |
| **6** Total number of volunteers (estimate if necessary) . . . . . . . . . . | **6** | 9 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 . . . . | **7a** | 0 |
| **b** Net unrelated business taxable income from Form 990-T, Part I, line 11 . . . . | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| **8** Contributions and grants (Part VIII, line 1h) . . . . . . . . . . | | 6,673,225 | 6,722,387 |
| **9** Program service revenue (Part VIII, line 2g) . . . . . . . . . . | | 131,418 | 427,936 |
| **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d ) . . . . | | 124,150 | 79,426 |
| **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | 436,647 | 1,038,091 |
| **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | | 7,365,440 | 8,267,840 |
| **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) . . . | | | 0 |
| **14** Benefits paid to or for members (Part IX, column (A), line 4) . . . . | | | 0 |
| **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | | 3,067,146 | 3,104,235 |
| **16a** Professional fundraising fees (Part IX, column (A), line 11e) . . . . | | | 0 |
| **b** Total fundraising expenses (Part IX, column (D), line 25) ▶0 | | | |
| **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . . | | 3,106,180 | 4,693,069 |
| **18** Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | | 6,173,326 | 7,797,304 |
| **19** Revenue less expenses. Subtract line 18 from line 12 . . . . . . | | 1,192,114 | 470,536 |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| **20** Total assets (Part X, line 16) . . . . . . . . . . . . | | 11,873,713 | 11,950,528 |
| **21** Total liabilities (Part X, line 26) . . . . . . . . . . . | | 2,026,177 | 1,601,166 |
| **22** Net assets or fund balances. Subtract line 21 from line 20 . . . . . | | 9,847,536 | 10,349,362 |

### Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| **Sign Here** | ****** Signature of officer | 2023-01-03 Date |
|---|---|---|
| | William Milne Director Type or print name and title | |

| **Paid Preparer Use Only** | Print/Type preparer's name | Preparer's signature | Date 2023-05-23 | Check ☐ if self-employed | PTIN P00335366 |
|---|---|---|---|---|---|
| | Firm's name ▶ GOLDKLANG GROUP CPAS PC | | | Firm's EIN ▶ 54-1182313 | |
| | Firm's address ▶ 1801 ROBERT FULTON DR 200 RESTON, VA 20191 | | | Phone no. (703) 391-9003 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.    Cat. No. 11282Y    Form **990** (2021)

Form 990 (2021)

**Page 2**

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . . . □

1    Briefly describe the organization's mission:

Maintenance of commonly owned property

2    Did the organization undertake any significant program services during the year which were not listed on
the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes ☑ No

If "Yes," describe these new services on Schedule O.

3    Did the organization cease conducting, or make significant changes in how it conducts, any program
services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes ☑ No

If "Yes," describe these changes on Schedule O.

4    Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses.
Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total
expenses, and revenue, if any, for each program service reported.

4a   (Code:              ) (Expenses $    4,440,077   including grants of $              0 ) (Revenue $    8,267,840 )

See Additional Data

4b   (Code:              ) (Expenses $              including grants of $              ) (Revenue $              )

4c   (Code:              ) (Expenses $              including grants of $              ) (Revenue $              )

4d   Other program services (Describe in Schedule O.)
(Expenses $              including grants of $              ) (Revenue $              )

4e   Total program service expenses ▶    4,440,077

Form 990 (2021)

| Part IV | Checklist of Required Schedules | | Yes | No |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* . . . . . . . . . . . . . . . . . . | **1** | | No |
| **2** | Is the organization required to complete *Schedule B, Schedule of Contributors*? See instructions. . . . | **2** | | No |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | **3** | | No |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . . . . . . . | **4** | | |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* . | **5** | Yes | |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | **6** | | No |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* . . . . | **7** | | No |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | **8** | | No |
| **9** | Did the organization report an amount in Part X, line 21 for escrow or custodial account liability; serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* . . . . . . . . . . . . . | **9** | | No |
| **10** | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi endowments? *If "Yes," complete Schedule D, Part V* . . . . . | **10** | | No |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI.* | **11a** | Yes | |
| **b** | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* . . . . . . . | **11b** | | No |
| **c** | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* . . . . . . . | **11c** | | No |
| **d** | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | **11d** | | No |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | **11e** | | No |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | **11f** | Yes | |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* . . . . . . . . . . . . . . . . . . | **12a** | Yes | |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | | No |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | **13** | | No |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . | **14a** | | No |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* . . . . . . . . | **14b** | | No |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* . . . . . | **15** | | No |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* . . . . | **16** | | No |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions. . . . . | **17** | | No |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . . . . . . . | **18** | | No |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | **19** | | No |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . . . | **20a** | | No |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . . | **21** | | No |

| Part IV | Checklist of Required Schedules *(continued)* | | Yes | No |
|---|---|---|---|---|
| **22** | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | **22** | | No |
| **23** | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | **23** | Yes | |
| **24a** | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | **24a** | | No |
| **b** | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | **24b** | | |
| **c** | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | **24c** | | |
| **d** | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | **24d** | | |
| **25a** | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | **25a** | | No |
| **b** | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | **25b** | | No |
| **26** | Did the organization report any amount on Part X, line 5 or 22 for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | **26** | | No |
| **27** | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | **27** | | No |
| **28** | Was the organization a party to a business transaction with one of the following parties (see the Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): | | | |
| **a** | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | **28a** | | No |
| **b** | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | **28b** | | No |
| **c** | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* | **28c** | | No |
| **29** | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | **29** | | No |
| **30** | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | **30** | | No |
| **31** | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | No |
| **32** | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | **32** | | No |
| **33** | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | **33** | | No |
| **34** | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | **34** | | No |
| **35a** | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | **35a** | | |
| **b** | If 'Yes' to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | **35b** | | No |
| **36** | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | **36** | | No |
| **37** | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** | | No |
| **38** | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. | **38** | Yes | |

| Part V | Statements Regarding Other IRS Filings and Tax Compliance |
|---|---|

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . . . ☐

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable | **1a** | 21 | | |
| **b** | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable | **1b** | 0 | | |
| **c** | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | | **1c** | Yes | |

| Part V | Statements Regarding Other IRS Filings and Tax Compliance *(continued)* | | | |
|---|---|---|---|---|

| | | | | Yes | No |
|---|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return . . . . . . . . . . . . . . . . . . . . | **2a** | 63 | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to e-file. See instructions. | | | **2b** | Yes | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . | | | **3a** | | No |
| **b** | If "Yes," has it filed a Form 990-T for this year?*If "No" to line 3b, provide an explanation in Schedule O* . . . | | | **3b** | | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? . . | | | **4a** | | No |
| **b** | If "Yes," enter the name of the foreign country: ▶ _____ <br> See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? . . | | | **5a** | | No |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | | | **5b** | | No |
| **c** | If "Yes," to line 5a or 5b, did the organization file Form 8886-T? | | | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . | | | **6a** | | No |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . | | | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . . | | | **7a** | | |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . | | | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . | | | **7c** | | |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . | **7d** | | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | | | **7e** | | |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . | | | **7f** | | |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? . . . . . . . . . . . . . . . . . . . . . | | | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? . . . . . . . . . . . . . . . . . . . . . | | | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? . . . . . . . . | | | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . | | | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? . . . | | | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . . | **10a** | | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities | **10b** | | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | | | |
| **a** | Gross income from members or shareholders . . . . . . . . . | **11a** | | | | |
| **b** | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . | **11b** | | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | | | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year. | **12b** | | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . <br> **Note.** See the instructions for additional information the organization must report on Schedule O. | | | **13a** | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . | **13b** | | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . | **13c** | | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . | | | **14a** | | No |
| **b** | If "Yes," has it filed a Form 720 to report these payments?*If "No," provide an explanation in Schedule O* . . | | | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . <br> If "Yes," see the instructions and file Form 4720, Schedule N. | | | **15** | | No |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? . . <br> If "Yes," complete Form 4720, Schedule O. | | | **16** | | No |
| **17** | **Section 501(c)(21) organizations.** Did the trust, any disqualified person, or mine operator engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953? . . . <br> If "Yes," complete Form 6069. | | | **17** | | |

Form 990 (2021)    **Page 6**

| | | | Yes | No |
|---|---|---|---|---|
| **Part VI** | **Governance, Management, and Disclosure.** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to lines 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* | | | |

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . . . . . . ☑

### Section A. Governing Body and Management

| | | | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year | **1a** | 9 | | |
| | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | | |
| **b** | Enter the number of voting members included in line 1a, above, who are independent | **1b** | 9 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . . | **2** | | Yes | |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors or trustees, or key employees to a management company or other person? . | **3** | | | No |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . | **4** | | | No |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . | **5** | | | No |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . . . | **6** | | Yes | |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . | **7a** | | Yes | |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . | **7b** | | Yes | |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . . . . | **8a** | | Yes | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . . . | **8b** | | Yes | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . . . | **9** | | | No |

### Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

| | | | | Yes | No |
|---|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . | **10a** | | | No |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | | Yes | |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. . . . . | | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . . | **12a** | | | No |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . . . | **12b** | | | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* . . . . . . . . . . . . . . . . . . | **12c** | | | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . . . . | **13** | | | No |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . . | **14** | | | No |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . . | **15a** | | Yes | |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . . . | **15b** | | Yes | |
| | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . . | **16a** | | | No |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . | **16b** | | | |

### Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed▶ _____

**18** Section 6104 requires an organization to make its Form 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website   ☐ Another's website   ☑ Upon request   ☐ Other (explain in Schedule O)

**19** Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

**20** State the name, address, and telephone number of the person who possesses the organization's books and records:
▶The Association  12350 Oakwood Drive  Lake Ridge, VA 221921928 (703) 491-2154

Form **990** (2021)

| Part VII | **Compensation of Officers, Directors,Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . ☐

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee or key employee) who received reportable compensation (box 5 of Form W-2, Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, or highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E) Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Janet Foote ................ Secretary | 0.00 ................ | | | X | | | | 0 | 0 | 0 |
| (2) William Milne ................ Treasurer | 0.00 ................ | | | X | | | | 0 | 0 | 0 |
| (3) Michael Butler ................ Vice President | 0.00 ................ | | | X | | | | 0 | 0 | 0 |
| (4) Tina Herndon ................ Member | 0.00 ................ | X | | | | | | 0 | 0 | 0 |
| (5) Jack Christoper Bisase ................ Member | 0.00 ................ | X | | | | | | 0 | 0 | 0 |
| (6) John Maher ................ Member | 0.00 ................ | X | | | | | | 0 | 0 | 0 |
| (7) Mark Hale ................ Member | 0.00 ................ | X | | | | | | 0 | 0 | 0 |
| (8) Michele Basham ................ Member | 0.00 ................ | X | | | | | | 0 | 0 | 0 |
| (9) Ronald Yoho ................ President | 0.00 ................ | | | X | | | | 0 | 0 | 0 |
| (10) Mark Brooks ................ Facilities Director | 40.00 ................ | | | | | X | | 128,626 | 0 | 5,145 |
| (11) Ike Mutlu ................ General Manager | 40.00 ................ | | | | | X | | 160,447 | 0 | 6,418 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC/1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC/1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional Trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| **1b Sub-Total** . . . . . . . . . ▶ | | | | | | | | | | |
| **c Total from continuation sheets to Part VII, Section A** . . . . ▶ | | | | | | | | | | |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . ▶ | | | | | | | | 289,073 | 0 | 11,563 |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶ 2

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . **3** | | No |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . **4** | Yes | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization?*If "Yes," complete Schedule J for such person* . . . . . . . . . **5** | | No |

### Section B. Independent Contractors

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| Disposal Services LLC<br>17956 Colonial Port Rd<br>Dumfries, VA  22026 | Trash Removal | 777,689 |
| Mercer Trigiani<br>112 S Alfred St<br>Alexandria, VA  22314 | Legal | 176,283 |
| Brothers Paving<br>9469 Hawkins Dr<br>Manassas, VA  20109 | Paving | 228,202 |
| Pro-Pave<br>21563 Stonetree Ct<br>Sterling, VA  20166 | Paving | 460,874 |
| Premier Aquatics<br>6184 Old Franconia Road<br>Alexandria, VA  22310 | Pool Management | 494,009 |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶ 9

Form 990 (2021)     Page **9**

**Part VIII** | **Statement of Revenue**

Check if Schedule O contains a response or note to any line in this Part VIII ... □

| | | | | (A)<br>Total revenue | (B)<br>Related or exempt function revenue | (C)<br>Unrelated business revenue | (D)<br>Revenue excluded from tax under sections 512 - 514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | **1a** Federated campaigns . . | 1a | | | | | |
| | **b** Membership dues . . | 1b | 6,722,387 | | | | |
| | **c** Fundraising events . . | 1c | | | | | |
| | **d** Related organizations . | 1d | | | | | |
| | **e** Government grants (contributions) | 1e | | | | | |
| | **f** All other contributions, gifts, grants, and similar amounts not included above | 1f | | | | | |
| | **g** Noncash contributions included in lines 1a - 1f:$ | 1g | | | | | |
| | **h Total.** Add lines 1a-1f . . . ▶ | | | 6,722,387 | | | |

| | | Business Code | | | | |
|---|---|---|---|---|---|---|
| **Program Service Revenue** | **2a** Recreational/Aquatics Programs | 713940 | 427,936 | | 0 | 0 |
| | **b** | | | | | |
| | **c** | | | | | |
| | **d** | | | | | |
| | **e** | | | | | |
| | **f** All other program service revenue. | | | | | |
| | **g Total.** Add lines 2a-2f . . . ▶ | | 427,936 | | | |

| **Other Revenue** | **3** Investment income (including dividends, interest, and other similar amounts) . . . . . . ▶ | | | 79,426 | | 0 | 79,426 |
|---|---|---|---|---|---|---|---|
| | **4** Income from investment of tax-exempt bond proceeds ▶ | | | | | | |
| | **5** Royalties . . . . . . . . ▶ | | | | | | |

| | | | (i) Real | (ii) Personal | | | | |
|---|---|---|---|---|---|---|---|---|
| | **6a** Gross rents | 6a | 48,184 | | | | | |
| | **b** Less: rental expenses | 6b | | | | | | |
| | **c** Rental income or (loss) | 6c | 48,184 | | | | | |
| | **d** Net rental income or (loss) . . . . . . ▶ | | | | 48,184 | 48,184 | | |

| | | | (i) Securities | (ii) Other | | | | |
|---|---|---|---|---|---|---|---|---|
| | **7a** Gross amount from sales of assets other than inventory | 7a | | | | | | |
| | **b** Less: cost or other basis and sales expenses | 7b | | | | | | |
| | **c** Gain or (loss) | 7c | | | | | | |
| | **d** Net gain or (loss) . . . . . . . ▶ | | | | | | | |

| | **8a** Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . | 8a | | | | | |
|---|---|---|---|---|---|---|---|
| | **b** Less: direct expenses . . . | 8b | | | | | |
| | **c** Net income or (loss) from fundraising events . . ▶ | | | | | | |
| | **9a** Gross income from gaming activities. See Part IV, line 19 . . . | 9a | | | | | |
| | **b** Less: direct expenses . . . | 9b | | | | | |
| | **c** Net income or (loss) from gaming activities . . ▶ | | | | | | |
| | **10a** Gross sales of inventory, less returns and allowances . . | 10a | | | | | |
| | **b** Less: cost of goods sold . . | 10b | | | | | |
| | **c** Net income or (loss) from sales of inventory . . ▶ | | | | | | |

| | | Business Code | | | | |
|---|---|---|---|---|---|---|
| Miscellaneous Revenue | **11a** Disclosure Packets | 531390 | 159,154 | 159,154 | 0 | 0 |
| | **b** PPP Loan Proceeds | 531390 | 602,355 | 602,355 | 0 | 0 |
| | **c** | | | | | |
| | **d** All other revenue . . . | | 228,398 | 228,398 | 0 | 0 |
| | **e Total.** Add lines 11a-11d . . . ▶ | | 989,907 | | | |
| | **12 Total revenue.** See instructions . . . . ▶ | | 8,267,840 | 1,466,027 | 0 | 79,426 |

Form 990 (2021)

| Part IX | Statement of Functional Expenses |
| --- | --- |

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . ☐

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
| --- | --- | --- | --- | --- |
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . | | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . . | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16. . . . . . . . . . . . . . | | | | |
| **4** Benefits paid to or for members . . . . . . . | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | 289,073 | 0 | 289,073 | 0 |
| **6** Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . | | | | |
| **7** Other salaries and wages . . . . . | 2,202,234 | 0 | 2,202,234 | 0 |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) . . . . | 77,592 | 0 | 77,592 | 0 |
| **9** Other employee benefits . . . . . . . . | 344,202 | 0 | 344,202 | 0 |
| **10** Payroll taxes . . . . . . . . | 191,134 | 0 | 191,134 | 0 |
| **11** Fees for services (non-employees): | | | | |
| **a** Management . . . . . . . . . . | | | | |
| **b** Legal . . . . . . . . . | 218,303 | 0 | 218,303 | 0 |
| **c** Accounting . . . . . . . . | 19,750 | 0 | 19,750 | 0 |
| **d** Lobbying . . . . . . . . . | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees . . . . . . | | | | |
| **g** Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | | | | |
| **12** Advertising and promotion . . . . . | 14,939 | 0 | 14,939 | 0 |
| **13** Office expenses . . . . . . . . . | | | | |
| **14** Information technology . . . . . . . | | | | |
| **15** Royalties . . . . . . . . . . | | | | |
| **16** Occupancy . . . . . . . . . | | | | |
| **17** Travel . . . . . . . . . . | | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials . . . . | | | | |
| **19** Conferences, conventions, and meetings . . . | | | | |
| **20** Interest . . . . . . . . . . | | | | |
| **21** Payments to affiliates . . . . . . . | | | | |
| **22** Depreciation, depletion, and amortization . . | 28,145 | 28,145 | 0 | 0 |
| **23** Insurance . . . . | 220,644 | 220,644 | 0 | 0 |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** Pools | 455,642 | 455,642 | 0 | 0 |
| **b** Grounds and Trees | 363,176 | 363,176 | 0 | 0 |
| **c** Utilities | 112,960 | 112,960 | 0 | 0 |
| **d** Consulting, IT and Software | 149,753 | 149,753 | 0 | 0 |
| **e** All other expenses | 3,109,757 | 3,109,757 | 0 | 0 |
| **25** Total functional expenses. Add lines 1 through 24e | 7,797,304 | 4,440,077 | 3,357,227 | 0 |
| **26** Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720). | | | | |

Form 990 (2021)                                                                                     Page **11**

| Part X | Balance Sheet |

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . ☐

|  |  |  | (A)<br>Beginning of year |  | (B)<br>End of year |
|---|---|---|---|---|---|
| **Assets** | **1** | Cash—non-interest-bearing . . . . . . | 514,123 | **1** | 1,072,834 |
|  | **2** | Savings and temporary cash investments . . . . . . | 10,977,755 | **2** | 10,521,324 |
|  | **3** | Pledges and grants receivable, net . . . . |  | **3** |  |
|  | **4** | Accounts receivable, net . . . . . . . | 107,511 | **4** | 106,391 |
|  | **5** | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons |  | **5** |  |
|  | **6** | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) . . . . |  | **6** |  |
|  | **7** | Notes and loans receivable, net . . . . . . . |  | **7** |  |
|  | **8** | Inventories for sale or use . . . . . . . |  | **8** |  |
|  | **9** | Prepaid expenses and deferred charges . . . . | 222,737 | **9** | 196,967 |
|  | **10a** | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D **10a** 1,076,928 |  |  |  |
|  | **b** | Less: accumulated depreciation **10b** 1,023,916 | 49,867 | **10c** | 53,012 |
|  | **11** | Investments—publicly traded securities . |  | **11** |  |
|  | **12** | Investments—other securities. See Part IV, line 11 . . . . . |  | **12** |  |
|  | **13** | Investments—program-related. See Part IV, line 11 . . |  | **13** |  |
|  | **14** | Intangible assets . . . . . . . |  | **14** |  |
|  | **15** | Other assets. See Part IV, line 11 . . . . | 1,720 | **15** | 0 |
|  | **16** | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . | 11,873,713 | **16** | 11,950,528 |
| **Liabilities** | **17** | Accounts payable and accrued expenses . . . . . | 1,055,272 | **17** | 591,684 |
|  | **18** | Grants payable . . . . |  | **18** |  |
|  | **19** | Deferred revenue . . . . . . | 970,905 | **19** | 1,009,482 |
|  | **20** | Tax-exempt bond liabilities . . . . . . |  | **20** |  |
|  | **21** | Escrow or custodial account liability. Complete Part IV of Schedule D |  | **21** |  |
|  | **22** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . |  | **22** |  |
|  | **23** | Secured mortgages and notes payable to unrelated third parties . . |  | **23** |  |
|  | **24** | Unsecured notes and loans payable to unrelated third parties . . |  | **24** |  |
|  | **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17 - 24). Complete Part X of Schedule D |  | **25** |  |
|  | **26** | **Total liabilities.** Add lines 17 through 25 . . | 2,026,177 | **26** | 1,601,166 |
| **Net Assets or Fund Balances** |  | **Organizations that follow FASB ASC 958, check here ▶ ☑ and complete lines 27, 28, 32, and 33.** |  |  |  |
|  | **27** | Net assets without donor restrictions . . . . . | 952,316 | **27** | 1,045,237 |
|  | **28** | Net assets with donor restrictions . . . . | 8,895,220 | **28** | 9,304,125 |
|  |  | **Organizations that do not follow FASB ASC 958, check here ▶ ☐ and complete lines 29 through 33.** |  |  |  |
|  | **29** | Capital stock or trust principal, or current funds . . . . |  | **29** |  |
|  | **30** | Paid-in or capital surplus, or land, building or equipment fund . . . |  | **30** |  |
|  | **31** | Retained earnings, endowment, accumulated income, or other funds . |  | **31** |  |
|  | **32** | Total net assets or fund balances . . . . | 9,847,536 | **32** | 10,349,362 |
|  | **33** | Total liabilities and net assets/fund balances . . . | 11,873,713 | **33** | 11,950,528 |

Form **990** (2021)

Form 990 (2021)                                                                                                           Page **12**

**Part XI** | **Reconcilliation of Net Assets**

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . ☑

| | | |
|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . | **1** | 8,267,840 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . | **2** | 7,797,304 |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . | **3** | 470,536 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . | **4** | 9,847,536 |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . . | **5** | |
| 6 | Donated services and use of facilities . . . . . . . . . . . . . . | **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . . . . | **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . . | **9** | 31,290 |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | **10** | 10,349,362 |

**Part XII** | **Financial Statements and Reporting**

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . ☐

| | | Yes | No |
|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990:   ☐ Cash   ☑ Accrual   ☐ Other <br> If the organization changed its method of accounting from a prior year or checked "Other," explain on <br> Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? | **2a** | | No |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a <br> separate basis, consolidated basis, or both: <br> ☐ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? | **2b** | Yes | |
| | If "Yes,' check a box below to indicate whether the financial statements for the year were audited on a separate basis, <br> consolidated basis, or both: <br> ☑ Separate basis   ☐ Consolidated basis   ☐ Both consolidated and separate basis | | | |
| c | If "Yes," to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight <br> of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | Yes | |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single <br> Audit Act and OMB Circular A-133? | **3a** | | No |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required <br> audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | |

Form **990** (2021)

# Additional Data

**Software ID:** 21013422

**Software Version:**

**EIN:** 54-0910640

**Name:** Lake Ridge Parks and Recreation Association Inc

Form 990 (2021)

**Form 990, Part III, Line 4a:**

The Association was organized to collectively maintain and preserve the commonly owned property and amenities for the pleasure and benefit of the general public.

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | | DLN: 93493143004293 |
|---|---|---|---|

## SCHEDULE C
(Form 990)

# Political Campaign and Lobbying Activities

For Organizations Exempt From Income Tax Under section 501(c) and section 527

OMB No. 1545-0047

**2021**

Department of the Treasury
Internal Revenue Service

►Complete if the organization is described below. ►Attach to Form 990 or Form 990-EZ.
►Go to *www.irs.gov/Form990* for instructions and the latest information.

**Open to Public Inspection**

**If the organization answered "Yes" on Form 990, Part IV, Line 3, or Form 990-EZ, Part V, line 46 (Political Campaign Activities), then**
- Section 501(c)(3) organizations: Complete Parts I-A and B. Do not complete Part I-C.
- Section 501(c) (other than section 501(c)(3)) organizations: Complete Parts I-A and C below. Do not complete Part I-B.
- Section 527 organizations: Complete Part I-A only.

**If the organization answered "Yes" on Form 990, Part IV, Line 4, or Form 990-EZ, Part VI, line 47 (Lobbying Activities), then**
- Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h)): Complete Part II-A. Do not complete Part II-B.
- Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h)): Complete Part II-B. Do not complete Part II-A.

**If the organization answered "Yes" on Form 990, Part IV, Line 5 (Proxy Tax) (see separate instructions) or Form 990-EZ, Part V, line 35c (Proxy Tax) (see separate instructions), then**
- Section 501(c)(4), (5), or (6) organizations: Complete Part III.

| Name of the organization | Employer identification number |
|---|---|
| Lake Ridge Parks and Recreation Association Inc | 54-0910640 |

### Part I-A    Complete if the organization is exempt under section 501(c) or is a section 527 organization.

| | | | |
|---|---|---|---|
| 1 | Provide a description of the organization's direct and indirect political campaign activities in Part IV. See instructions for definition of "political campaign activities." | | |
| 2 | Political campaign activity expenditures. See instructions ................................................................. ► | $ | |
| 3 | Volunteer hours for political campaign activities. See instructions ................................................................... | | |

### Part I-B    Complete if the organization is exempt under section 501(c)(3).

| | | | |
|---|---|---|---|
| 1 | Enter the amount of any excise tax incurred by the organization under section 4955 ............................. ► | $ | |
| 2 | Enter the amount of any excise tax incurred by organization managers under section 4955 ...................... ► | $ | |
| 3 | If the organization incurred a section 4955 tax, did it file Form 4720 for this year? ......................................... | ☐ Yes | ☐ No |
| 4a | Was a correction made? ................................................................................................................. | ☐ Yes | ☐ No |
| b | If "Yes," describe in Part IV. | | |

### Part I-C    Complete if the organization is exempt under section 501(c), except section 501(c)(3).

| | | | |
|---|---|---|---|
| 1 | Enter the amount directly expended by the filing organization for section 527 exempt function activities ..... ► | $ | |
| 2 | Enter the amount of the filing organization's funds contributed to other organizations for section 527 exempt function activities ............................................................................................................................. ► | $ | |
| 3 | Total exempt function expenditures. Add lines 1 and 2. Enter here and on Form 1120-POL, line 17b.......... ► | $ | |
| 4 | Did the filing organization file **Form 1120-POL** for this year? ................................................................... | ☐ Yes | ☐ No |

5   Enter the names, addresses and employer identification number (EIN) of all section 527 political organizations to which the filing organization made payments. For each organization listed, enter the amount paid from the filing organization's funds. Also enter the amount of political contributions received that were promptly and directly delivered to a separate political organization, such as a separate segregated fund or a political action committee (PAC). If additional space is needed, provide information in Part IV.

| | (a) Name | (b) Address | (c) EIN | (d) Amount paid from filing organization's funds. If none, enter -0-. | (e) Amount of political contributions received and promptly and directly delivered to a separate political organization. If none, enter -0-. |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

| For Paperwork Reduction Act Notice, see the instructions for Form 990. | Cat. No. 50084S | Schedule C (Form 990) 2021 |
|---|---|---|

Schedule C (Form 990) 2021      **Page 2**

| **Part II-A** | **Complete if the organization is exempt under section 501(c)(3) and filed Form 5768 (election under section 501(h)).** |

**A**   Check   ▶ ☐ if the filing organization belongs to an affiliated group (and list in Part IV each affiliated group member's name, address, EIN, expenses, and share of excess lobbying expenditures).

**B**   Check   ▶ ☐ if the filing organization checked box A and "limited control" provisions apply.

| **Limits on Lobbying Expenditures**<br>(The term "expenditures" means amounts paid or incurred.) | **(a)** Filing organization's totals | **(b)** Affiliated group totals |
|---|---|---|
| **1a**   Total lobbying expenditures to influence public opinion (grass roots lobbying) ...................... | | |
| **b**   Total lobbying expenditures to influence a legislative body (direct lobbying) ....................... | | |
| **c**   Total lobbying expenditures (add lines 1a and 1b) ............................................ | | |
| **d**   Other exempt purpose expenditures ........................................................ | | |
| **e**   Total exempt purpose expenditures (add lines 1c and 1d) ..................................... | | |
| **f**   Lobbying nontaxable amount. Enter the amount from the following table in both columns. | | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: |
|---|---|
| Not over $500,000 | 20% of the amount on line 1e. |
| Over $500,000 but not over $1,000,000 | $100,000 plus 15% of the excess over $500,000. |
| Over $1,000,000 but not over $1,500,000 | $175,000 plus 10% of the excess over $1,000,000. |
| Over $1,500,000 but not over $17,000,000 | $225,000 plus 5% of the excess over $1,500,000. |
| Over $17,000,000 | $1,000,000. |

| | | |
|---|---|---|
| **g**   Grassroots nontaxable amount (enter 25% of line 1f) ................................ | | |
| **h**   Subtract line 1g from line 1a. If zero or less, enter -0-. ................................ | | |
| **i**   Subtract line 1f from line 1c. If zero or less, enter -0-. ................................ | | |

**j**   If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year? ...................................................................   ☐ Yes ☐ No

**4-Year Averaging Period Under Section 501(h)**
**(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the separate instructions for lines 2a through 2f.)**

| **Lobbying Expenditures During 4-Year Averaging Period** | | | | | |
|---|---|---|---|---|---|
| Calendar year (or fiscal year beginning in) | **(a)** 2018 | **(b)** 2019 | **(c)** 2020 | **(d)** 2021 | **(e)** Total |
| **2a**   Lobbying nontaxable amount | | | | | |
| **b**   Lobbying ceiling amount (150% of line 2a, column(e)) | | | | | |
| **c**   Total lobbying expenditures | | | | | |
| **d**   Grassroots nontaxable amount | | | | | |
| **e**   Grassroots ceiling amount (150% of line 2d, column (e)) | | | | | |
| **f**   Grassroots lobbying expenditures | | | | | |

Schedule C (Form 990) 2021

## Part II-B — Complete if the organization is exempt under section 501(c)(3) and has NOT filed Form 5768 (election under section 501(h)).

*For each "Yes" response on lines 1a through 1i below, provide in Part IV a detailed description of the lobbying activity.*

| | (a) | | (b) |
|---|---|---|---|
| | Yes | No | Amount |
| **1** During the year, did the filing organization attempt to influence foreign, national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | | | |
| **a** Volunteers? | | | |
| **b** Paid staff or management (include compensation in expenses reported on lines 1c through 1i)? | | | |
| **c** Media advertisements? | | | |
| **d** Mailings to members, legislators, or the public? | | | |
| **e** Publications, or published or broadcast statements? | | | |
| **f** Grants to other organizations for lobbying purposes? | | | |
| **g** Direct contact with legislators, their staffs, government officials, or a legislative body? | | | |
| **h** Rallies, demonstrations, seminars, conventions, speeches, lectures, or any similar means? | | | |
| **i** Other activities? | | | |
| **j** Total. Add lines 1c through 1i | | | |
| **2a** Did the activities in line 1 cause the organization to be not described in section 501(c)(3)? | | | |
| **b** If "Yes," enter the amount of any tax incurred under section 4912 | | | |
| **c** If "Yes," enter the amount of any tax incurred by organization managers under section 4912 | | | |
| **d** If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? | | | |

## Part III-A — Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6).

| | | Yes | No |
|---|---|---|---|
| **1** Were substantially all (90% or more) dues received nondeductible by members? | 1 | | |
| **2** Did the organization make only in-house lobbying expenditures of $2,000 or less? | 2 | | |
| **3** Did the organization agree to carry over lobbying and political expenditures from the prior year? | 3 | | |

## Part III-B — Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6) and if either (a) BOTH Part III-A, lines 1 and 2, are answered "No" OR (b) Part III-A, line 3, is answered "Yes."

| | | |
|---|---|---|
| **1** Dues, assessments and similar amounts from members | 1 | |
| **2** Section 162(e) nondeductible lobbying and political expenditures (do not include amounts of political expenses for which the section 527(f) tax was paid). | | |
| **a** Current year | 2a | |
| **b** Carryover from last year | 2b | |
| **c** Total | 2c | |
| **3** Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues . | 3 | |
| **4** If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditure next year? | 4 | |
| **5** Taxable amount of lobbying and political expenditures. See Instructions | 5 | |

## Part IV — Supplemental Information

Provide the descriptions required for Part I-A, line 1; Part I-B, line 4; Part I-C, line 5; Part II-A (affiliated group list); Part II-A, lines 1 and 2 (see instructions); and Part II-B, line 1. Also, complete this part for any additional information.

| Return Reference | Explanation |
|---|---|
| | |

Schedule C (Form 990) 2021

| SCHEDULE D | **Supplemental Financial Statements** | OMB No. 1545-0047 |
|---|---|---|
| (Form 990) | ▶ Complete if the organization answered "Yes," on Form 990, Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b. | **2021** |
| Department of the Treasury Internal Revenue Service | ▶ Attach to Form 990. ▶ Go to *www.irs.gov/Form990* for instructions and the latest information. | Open to Public Inspection |

| Name of the organization Lake Ridge Parks and Recreation Association Inc | Employer identification number 54-0910640 |
|---|---|

**Part I** **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| **1** | Total number at end of year . . . . . . . . | | |
| **2** | Aggregate value of contributions to (during year) | | |
| **3** | Aggregate value of grants from (during year) | | |
| **4** | Aggregate value at end of year . . . . . | | |

**5** Did the organization inform all donors and donor advisors in writing that the assets held in donor advised funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**6** Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**Part II** **Conservation Easements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

**1** Purpose(s) of conservation easements held by the organization (check all that apply).
☐ Preservation of land for public use (e.g., recreation or education)   ☐ Preservation of an historically important land area
☐ Protection of natural habitat   ☐ Preservation of a certified historic structure
☐ Preservation of open space

**2** Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation easement on the last day of the tax year.

| | | Held at the End of the Year |
|---|---|---|
| **a** | Total number of conservation easements | **2a** |
| **b** | Total acreage restricted by conservation easements . . . . . . . . . . . . . . . | **2b** |
| **c** | Number of conservation easements on a certified historic structure included in (a) . . . . . | **2c** |
| **d** | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register . . . | **2d** |

**3** Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the tax year ▶

**4** Number of states where property subject to conservation easement is located ▶ _____

**5** Does the organization have a written policy regarding the periodic monitoring, inspection, handling of violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**6** Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year ▶ _____

**7** Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year ▶ $ _____

**8** Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i) and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**9** In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the organization's accounting for conservation easements.

**Part III** **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

**1a** If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

**b** If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service, provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . ▶ $ _____

(ii) Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . ▶ $ _____

**2** If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the following amounts required to be reported under FASB ASC 958 relating to these items:

**a** Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . ▶ $ _____

**b** Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . ▶ $ _____

For Paperwork Reduction Act Notice, see the Instructions for Form 990.   Cat. No. 52283D   Schedule D (Form 990) 2021

Schedule D (Form 990) 2021            **Page 2**

## Part III   Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)*

**3**   Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

a ☐ Public exhibition      d ☐ Loan or exchange programs

b ☐ Scholarly research      e ☐ Other ........................................................

c ☐ Preservation for future generations

**4**   Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5**   During the year, did the organization solicit or receive donations of art, historical treasures or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?. . . ☐ **Yes**   ☐ **No**

## Part IV   Escrow and Custodial Arrangements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a**   Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes**   ☐ **No**

**b**   If "Yes," explain the arrangement in Part XIII and complete the following table:

| | | Amount |
|---|---|---|
| **c** Beginning balance . . . . . . . . . . . . . . . . . | **1c** | |
| **d** Additions during the year . . . . . . . . . . . | **1d** | |
| **e** Distributions during the year . . . . . . . . . | **1e** | |
| **f** Ending balance . . . . . . . . . . . . . . . . . | **1f** | |

**2a**   Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? . . . ☐ **Yes**   ☐ **No**

**b**   If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII . . . . ☐

## Part V   Endowment Funds.
Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance . . . . | | | | | |
| **b** Contributions . . . | | | | | |
| **c** Net investment earnings, gains, and losses | | | | | |
| **d** Grants or scholarships . . . | | | | | |
| **e** Other expenditures for facilities and programs . . . | | | | | |
| **f** Administrative expenses . . . . | | | | | |
| **g** End of year balance . . . . | | | | | |

**2**   Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a**   Board designated or quasi-endowment ▶ ........................................

**b**   Permanent endowment ▶ ........................................

**c**   Term endowment ▶ ........................................

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a**   Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

| | | Yes | No |
|---|---|---|---|
| (i) Unrelated organizations . . . . . . . . . . . . . . . . . . . | **3a(i)** | | |
| (ii) Related organizations . . . . . . . . . . . . . . . . . . . | **3a(ii)** | | |
| **b** If "Yes" on 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . . . | **3b** | | |

**4**   Describe in Part XIII the intended uses of the organization's endowment funds.

## Part VI   Land, Buildings, and Equipment.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land . . . . . . | 0 | | | 0 |
| **b** Buildings . . . . . | | | | |
| **c** Leasehold improvements | | | | |
| **d** Equipment . . . . | | 1,076,928 | 1,023,916 | 53,012 |
| **e** Other . . . . . . | | | | |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10(c).)* . . ▶ | | | | 53,012 |

**Schedule D (Form 990) 2021**

Schedule D (Form 990) 2021 Page **2**

## Part VII — Investments - Other Securities.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b.See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives . . . . . . . . | | |
| (2) Closely-held equity interests . . . . . . . | | |
| (3) Other | | |
| (A) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| (H) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | |

## Part VIII — Investments - Program Related.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| (10) | | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 13.) ▶ | | |

## Part IX — Other Assets.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| (10) | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 15.) . . . . . . . . . . ▶ | |

## Part X — Other Liabilities.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 11e or 11f.See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** (Column (b) must equal Form 990, Part X, col.(B) line 25.) ▶ | |

**2. Liability for uncertain tax positions.** In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII ☑

Schedule D (Form 990) 2021

Schedule D (Form 990) 2021                Page **4**

## Part XI — Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | |
|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements . . . . | **1** | 8,267,840 |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | |
| a | Net unrealized gains (losses) on investments . . . | **2a** | |
| b | Donated services and use of facilities . . . | **2b** | |
| c | Recoveries of prior year grants . . . | **2c** | |
| d | Other (Describe in Part XIII.) . . . | **2d** | |
| e | Add lines 2a through 2d . . . . . . | **2e** | |
| 3 | Subtract line 2e from line 1 . . . . . . | **3** | 8,267,840 |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | |
| b | Other (Describe in Part XIII.) . . . | **4b** | |
| c | Add lines 4a and 4b . . . . . . | **4c** | |
| 5 | Total revenue. Add lines 3 and 4c. (This must equal Form 990, Part I, line 12.) . . . | **5** | 8,267,840 |

## Part XII — Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.
Complete if the organization answered 'Yes' on Form 990, Part IV, line 12a.

| | | | |
|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements . . . . | **1** | 7,797,304 |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | |
| a | Donated services and use of facilities . . . | **2a** | |
| b | Prior year adjustments . . . | **2b** | |
| c | Other losses . . . | **2c** | |
| d | Other (Describe in Part XIII.) . . . | **2d** | |
| e | Add lines 2a through 2d . . . . . . | **2e** | |
| 3 | Subtract line 2e from line 1 . . . . . . | **3** | 7,797,304 |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | |
| b | Other (Describe in Part XIII.) . . . | **4b** | |
| c | Add lines 4a and 4b . . . . . . | **4c** | |
| 5 | Total expenses. Add lines 3 and 4c. (This must equal Form 990, Part I, line 18.) . . . | **5** | 7,797,304 |

## Part XIII — Supplemental Information

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

| Return Reference | Explanation |
|---|---|
| See Additional Data Table | |
| | |
| | |
| | |
| | |
| | |

Schedule D (Form 990) 2020

Schedule D (Form 990) 2020

**Part XIII** **Supplemental Information** *(continued)*

| Return Reference | Explanation |
|---|---|
| | |

# Additional Data

**Software ID:** 21013422

**Software Version:**

**EIN:** 54-0910640

**Name:** Lake Ridge Parks and Recreation Association Inc

## Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt X, Line 2 | The Association's policy is to recognize any tax penalties and interest as an expense when incurred. The Association's federal and state tax returns for the past three years remain subject to examination by the Internal Revenue Service and the Commonwealth of Virginia. |

| efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493143004293 |
|---|---|---|

**Schedule J**
(Form 990)

Department of the Treasury
Internal Revenue Service

## Compensation Information

**For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**
▶ Complete if the organization answered "Yes" on Form 990, Part IV, line 23.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

# 2021

**Open to Public Inspection**

Name of the organization
Lake Ridge Parks and Recreation Association Inc

Employer identification number
54-0910640

| Part I | Questions Regarding Compensation |
|---|---|

|  |  | Yes | No |
|---|---|---|---|
| **1a** | Check the appropiate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. | | |

☐ First-class or charter travel      ☐ Housing allowance or residence for personal use
☐ Travel for companions      ☐ Payments for business use of personal residence
☐ Tax idemnification and gross-up payments      ☐ Health or social club dues or initiation fees
☐ Discretionary spending account      ☐ Personal services (e.g., maid, chauffeur, chef)

|  |  | | | Yes | No |
|---|---|---|---|---|---|
| **b** | If any of the boxes on Line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | | **1b** | | |
| **2** | Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, officers, including the CEO/Executive Director, regarding the items checked on Line 1a? . . . . | | **2** | | |
| **3** | Indicate which, if any, of the following the filing organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. | | | | |

☐ Compensation committee      ☐ Written employment contract
☐ Independent compensation consultant      ☐ Compensation survey or study
☐ Form 990 of other organizations      ☐ Approval by the board or compensation committee

|  |  | | Yes | No |
|---|---|---|---|---|
| **4** | During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: | | | |
| **a** | Receive a severance payment or change-of-control payment? . . . . . . . . . . . | **4a** | | No |
| **b** | Participate in, or receive payment from, a supplemental nonqualified retirement plan? . . . . . . | **4b** | | No |
| **c** | Participate in, or receive payment from, an equity-based compensation arrangement? . . . . . . | **4c** | | No |
| | If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. | | | |
| | **Only 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** | | | |
| **5** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | | |
| **a** | The organization? . . . . . . . . . . . . . . . . . . . . | **5a** | | No |
| **b** | Any related organization? . . . . . . . . . . . . . . . . | **5b** | | No |
| | If "Yes," on line 5a or 5b, describe in Part III. | | | |
| **6** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | | |
| **a** | The organization? . . . . . . . . . . . . . . . . . . . . | **6a** | | No |
| **b** | Any related organization? . . . . . . . . . . . . . . . . | **6b** | | No |
| | If "Yes," on line 6a or 6b, describe in Part III. | | | |
| **7** | For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described in lines 5 and 6? If "Yes," describe in Part III . . . . . . . . | **7** | | No |
| **8** | Were any amounts reported on Form 990, Part VII, paid or accured pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III . . | **8** | | No |
| **9** | If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? . . . . . . . . . . . . . . . . . . . | **9** | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**      Cat. No. 50053T      **Schedule J (Form 990) 2021**

Schedule J (Form 990) 2021

Page 2

## Part II  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees. Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that are not listed on Form 990, Part VII.

**Note.** The sum of columns (B)(i)-(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B) Breakdown of W-2, 1099-MISC compensation, and/or 1099-NEC | | | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)-(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| | | (i) Base compensation | (ii) Bonus & incentive compensation | (iii) Other reportable compensation | | | | |
| **1** Ike Mutlu | (i) | 160,447 | 0 | 0 | 6,418 | 0 | 166,865 | 0 |
| | (ii) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Schedule J (Form 990) 2021

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493143004293

**SCHEDULE O**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Information to Form 990 or 990-EZ

**Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information.**
▶ Attach to Form 990 or 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

**2021**

**Open to Public Inspection**

Name of the organization
Lake Ridge Parks and Recreation Association Inc

**Employer identification number**

54-0910640

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 6 | The Association has approximately 8,000 residential & commercial unit owners. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 7a | The members elect the Board of Directors. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
| --- | --- |
| Pt VI, Line 7b | Some decisions are subject to member approval. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 11b | The Board of Directors & General Manager review the Form 990. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 2 | Mr. Ronald Yoho and Mr. William Milne are non-paid members of the Board of Directors of a non-profit, Non-Stock Corporation not associated with the LRPRA and which has no business relationship with the LRPRA. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 15b | The Association's officers and directors are not compensated. |

# 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 15a | The Board of Directors & General Manager review compensation decisions. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Pt VI, Line 19 | These documents are available to members & potential members upon request. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Pt XI | Capitalization of Reserve Expenditure |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
| --- | --- |
| Form 990, Part IX, Line 24e | Telephone 30083. 30083. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Postage and Printing 29788. 29788. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Other Administrative 50677. 50677. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Trash Removal 793418. 793418. 0. 0. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Cleaning and Supplies 21224. 21224. 0. 0. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Security System/Patrol 49977. 49977. 0. 0. |

**990 Schedule O, Supplemental Information**

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Recreational Programs 70681. 70681. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Repairs and Maintenance 82446. 82446. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Bad Debt 4625. 4625. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Taxes and Related 18066. 18066. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Subdivisions Reserve Expenditures 1326240. 1326240. 0. 0. |

## 990 Schedule O, Supplemental Information

| Return Reference | Explanation |
|---|---|
| Form 990, Part IX, Line 24e | Association and Capital Reserve Expenditures 632532. 632532. 0. 0. |