Generated: Jun 6, 2024 12:12PM                                         Page 1/1



## U.S. District Court

### Virginia Eastern - Alexandria

LAW OFFICE OF MOORE, CHRISTOFF & SIDDIQUE, PLLC

Receipt Date: Jun 6, 2024 12:12PM

Rcpt. No: 100007283      Trans. Date: Jun 6, 2024 12:12PM      Cashier ID: #JB

| CD  | Purpose                    | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|----------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                  | 1   | 405.00 | 405.00 |

| CD  | Tender      | Amt      |
|-----|-------------|----------|
| CC  | Credit Card | $405.00  |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: UNDER SEAL V. UNDER SEAL - CASE# 1:24cv971

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.