IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* WADE RINER<br><br>*Plaintiff/Relator,*<br><br>v.<br><br>LAKE RIDGE PARKS AND<br>RECREATION ASSOCIATION, INC.,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) NO.: 1:24-cv-971 (CMH/WEF)<br>FILED UNDER SEAL<br>Pursuant TO 31 U.S.C. § 3730(b)(2)<br><br>FILED *EX PARTE* |

ORDER

Upon consideration of the United States' Notice of Intervention, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), and request to unseal, it is hereby

ORDERED that the Relator's *qui tam* Complaint, the United States' Notice of Intervention and proposed Order, and Joint Stipulation for Dismissal, are unsealed, and it is

ORDERED that all other filings shall remain under seal.

Dated: Apr 3, 2025             _____
                                              Claude M. Hilton